# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:

| | |
|---|---|
| Arlene Gregory | Case No. 22-01955 |
| | Chapter 7 |
| Debtor, | Judge David D. Cleary |
| _____/ | |

## NOTICE OF MOTION OF SECURED CREDITOR FOR RELIEF FROM THE AUTOMATIC STAY AND TO WAIVE THE PROVISIONS OF FED.R.BANKR.P.4001(A)(3)

Please take notice that on May 25, 2022 at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any Judge sitting in that Judge's place, and present the Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

**This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without hearing.

Date: May 16, 2022

Rocket Mortgage, LLC
By: */s/ Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
mwagman@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
IL ARDC: 6282192

**AFFIDAVIT OF SERVICE**

I, Jordan Tucker, declare under the penalty of perjury that on the **16th** day of May, 2022, I served a copy of the Notice of Motion and Motion for Relief from Stay, Required Statement to Accompany Motion for Relief, Proposed Order for Relief, and Affidavit of Service upon:

| | | |
|---|---|---|
| Arlene Gregory<br>17912 Oakood Avenue<br>Lansing, IL 60438 | Edwin L Feld<br>1 N LaSalle Street<br>Suite 2250<br>Chicago, IL 60602 | Ariane Holtschlag<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 |

Office of the U.S. Trustee,
Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

By placing same in a well-sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to the Debtor, and via CM-ECF electronic filing to Debtor's Attorney, the Trustee and the Office of the US Trustee.

                                                                           */s/ Jordan Tucker*
                                                                           Jordan Tucker

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:

| | |
|---|---|
| Arlene Gregory | Case No. 22-01955 |
| | Chapter 7 |
| Debtor, | Judge David D. Cleary |
| _____/ | |

**MOTION OF ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISIONS OF FED.R.BANKR.P.4001(A)(3) AS TO THE REAL PROPERTY LOCATED AT 17912 OAKWOOD AVE, LANSING, IL 60438-2240**

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("Movant") moves this Court, under § 362, and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order modifying the automatic stay, imposed by 11 U.S.C § 362 of the Bankruptcy Code, and for a waiver of the provisions of Fed.R.Bankr.P.4001(a)(3). In support of this Motion, the Movant states:

1. The Debtor filed for chapter 7 bankruptcy relief on February 22, 2022.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of this case and this Motion are proper under 28 U.S.C. §§ 1408 and 1409.

3. On April 22, 2020, the Debtor obtained a loan from Quicken Loans Inc. in the amount for $78,620.00. Such loan was evidenced by a promissory note executed by the Debtor dated April 22, 2020 (the "Note"). The Debtor executed a Mortgage dated April 22, 2020 (the "Mortgage"), conveying to Mortgage Electronic Registration Systems, Inc. as nominee for Quicken Loans Inc., a lien on real property (the "Collateral") owned by the Debtor, located at 17912 Oakwood Ave, Lansing, IL 60438-2240. The lien is the first lien on the collateral.

4. The Note and Security Agreement were transferred as follows:

(a) on July 8, 2021 to Quicken Loans, LLC; the transfer is evidenced by an Assignment of Mortgage.

5. The estimated market value of the Collateral may be $93,000.00. This valuation was obtained from Schedule "D" provided by the debtor. The current outstanding principal balance due on the Note is $73,926.36 plus interest accruing at the rate of 3.62500% per annum [$7.35 per day]. This amount may not include accrued interest, fees, late charges, escrow shortages or corporate advances.

6. As of May 2, 2022 the total amount due is $76,671.96.

7. Upon reasonable investigation, no other parties are known to have an interest in the Collateral.

8. Movant seeks an order for relief from the automatic stay in order to protect its lien pursuant to the terms of the security agreement, to the extent allowed by law. Movant may in lieu of foreclosure offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation options, and may seek to enter into such agreement with Debtor. Movant understands that it may not enforce or threaten to enforce any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case or while the case remains pending.

9. Movant is entitled to relief from the automatic stay under §§ 362(d)(1). The Debtor is in material default of the mortgage obligations by a failure to make the required ongoing monthly mortgage payments.

10. Debtor is presently due for the July 1, 2021 monthly mortgage payment. There is a present default of $6,967.51 in arrears to the Movant, less funds in suspense of $201.77, which does not include attorney fees of $950.00 and costs of $188.00. The total default including attorney's fees and costs totals $8,105.51.

11. Based upon the foregoing, cause exists for modifying the automatic stay with a waiver of the provisions of Fed.R.Bankr.P.4001(a)(3) is appropriate; an order for relief should have immediate effect.

**WHEREFORE**, Movant prays for an Order from the Court for Relief from the Automatic Stay of 11 U.S.C § 362 of the Bankruptcy Code as to the Movant with respect to the subject property located at 17912 Oakwood Ave, Lansing, IL 60438-2240. Movant further requests that the provisions of Fed.R.Bankr.P.4001(a)(3) be waived and that the Order for Relief from the Automatic Stay have immediate effect, and further, remain in effect notwithstanding the conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Respectfully submitted,

Date:  May 16, 2022

*/s/ Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
mwagman@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
IL ARDC: 6282192
Attorneys for Rocket Mortgage, LLC