# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Arlene Gregory__  Case No. __22-01955__  Chapter __7__

All Cases: Moving Creditor __Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.__  Date Case Filed __02/22/2022__

Nature of Relief Sought: ✔Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
✔ No-Asset Report not Filed, Date of Creditors Meeting __05/24/2022__

1. Collateral
   a. ✔ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date  $ __73,926.36__
   Total of all other Liens against Collateral $ __0.00__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __93,000.00__

5. Default
   a. ✔ Pre-Petition Default
      Number of months __8__    Amount $ __5,211.48__

   b. ✔ Post-Petition Default
      i. ✔ On direct payments to the moving creditor
         Number of months __3__    Amount $ __1,957.80__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid      Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ✔ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ✔ Other (describe) __Pre and Post Petition Default__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __May 16, 2022__                         /s/ Marc G. Wagman
                                               Counsel for Movant

(Rev. 12 /21/09)